## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Mark A. Gonsky | | CHAPTER 13 |
| <u>Debtor</u> | | |
| M&T Bank | | |
| <u>Movant</u> | | |
| vs. | | |
| | | NO. 15-03375 JJT |
| Mark A. Gonsky | | |
| <u>Debtor</u> | | |
| Charles J. DeHart, III Esq. | | |
| <u>Trustee</u> | | Nature of Proceeding: Motion for Relief |

### REQUEST TO CONTINUE HEARING WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance; <u>both parties are attempting settlement.</u>

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.


Dated: September 19, 2016

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Attorney for Movant
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322
Fax (215) 825-6406