```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                                    Case No. 15-03375-JJT
Mark A. Gonsky                                                            Chapter 7
        Debtor              CERTIFICATE OF NOTICE

District/off: 0314-5         User: TWilson             Page 1 of 2              Date Rcvd: Aug 29, 2017
                             Form ID: ntasset          Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2017.
db              Mark A. Gonsky,    59 Loop Road A/K/A,    386 Loop Road - Glen Summit,    Mountain Top, PA 18707
aty            +Jonathan A. Spohrer,    279 Pierce Street,    Kingston, PA 18704-5150
aty            +Sheils Law Associates, P.C.,    108 North Abington Road,    Clarks Summit, PA 18411-2505
cr             +PA Department of Revenue,    Office of Attorney General,    15th Floor - Strawberry Square,
                 Harrisburg, PA 17120-0001
4679834        +Commonwealth Of Pennsylvania,    Bureau Of Individual Taxes,    P. O. Box 280431,
                 Harrisburg, PA 17128-0431
4679831         Gonsky Mark A,    59 Loop Road A/K/A,    386 Loop Road - Glen Summit,    Mountain Top, PA 18707
4679837        +Joyce Sauers,    178 Woodlawn Avenue, Rt. 437,    Mountain Top, PA 18707-1030
4679838        +KML Law Group,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
4679832       ++++LAW OFFICE OF DAVID J HARRIS,    67-69 PUBLIC SQ STE 700,    WILKES BARRE PA 18701-2515
               (address filed with court: Law Office of David J Harris,    69 Public Square Suite 700,
                 Wilkes Barre, PA 18701)
4679839        +Luzerne County Tax Claim Bureau,    Luzerne County Courthouse,    200 North River Street,
                 Wilkes-Barre, PA 18702-2405
4679840        +M&T Bank S/B/M Franklin First Savin,    One Fountain Plaza,    Buffalo, NY 14203-1420
4679841        +Marie Smith,    Estate Of Helen Gonsky,    27 Carlisle Street,    Wilkes-Barre, PA 18702-3501
4679842        +Mountain Top Area Joint Sanitary,    C/O Jonathan A. Spohrer, Esquire,    279 Pierce Street,
                 Kingston, PA 18704-5150
4693367        +Mountaintop Area Joint Sanitary Authority,    Jonathan A Spohrer Esquire,    279 Pierce Street,
                 Kingston, PA 18704-5150
4722015        +Ron and Joyce Sauers,    178 Woodlawn Ave,    Mountain Top, PA 18707-1030
4679843         The Glen Summit Company,    P. O. Bo X34,    Mountain Top, PA 18707
4679844         Verizon,   P. O. Box 23037,    Bloomington, IL 61702-3037
4679845        +Verizon Wireless,    P. O. Box 4003,    Acworth, GA 30101-9004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4711847         EDI: AIS.COM Aug 29 2017 19:03:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
4679833        +EDI: CAPITALONE.COM Aug 29 2017 19:03:00      Capital One (USA), N.A.,    P. O. Box 71083,
                 Charlotte, NC 28272-1083
4694545         EDI: CAPITALONE.COM Aug 29 2017 19:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
4679835         EDI: DISCOVER.COM Aug 29 2017 19:03:00      Discover Bank,    P. O. Box 71084,
                 Charlotte, NC 28272-1084
4682386         EDI: DISCOVER.COM Aug 29 2017 19:03:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
4679836         EDI: IRS.COM Aug 29 2017 19:03:00      Internal Revenue Service,    P. O. Box 7346,
                 Philadelphia, PA 19101-7346
4696315         E-mail/Text: camanagement@mtb.com Aug 29 2017 19:14:51      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
4686121        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2017 19:14:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2017 at the address(es) listed below:

```
          Brenda Sue Bishop    on behalf of Creditor   PA Department of Revenue bbishop@attorneygeneral.gov,
           ARC-Court-MiddleDistrict@attorneygeneral.gov;RA-occbankruptcy6@state.pa.us
          David J. Harris    on behalf of Debtor Mark A. Gonsky dh@lawofficeofdavidharris.com,
           davidharrisesqign@gmail.com
          Jill M. Spott    on behalf of Trustee Robert P. Sheils, Jr (Trustee) jspottesq@sheilslaw.com,
           psheldon@sheilslaw.com
          Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
           rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
          Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

ntasset(B204)(04/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Mark A. Gonsky  
Debtor(s)

Chapter 7

Case No. 5:15−bk−03375−JJT

Social Security No.:  
xxx−xx−9970

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **November 29, 2017**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov − Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self−addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 29, 2017 |