IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                    :
                          :     Chapter 7
MARK GONSKY,              :
    Debtor          :
                          :     Case No. 5:15-03375 JJT
_____

# CERTIFICATE OF NO OBJECTION

**AND NOW**, this 22nd day of November, 2017, I, Jill M. Spott, Esquire, Attorney for Chapter 7 Trustee, hereby certify that no objections were filed to the Motion of Chapter 7 Trustee for Authority to Sell Certain Real Property of the Estate at Private Sale.

    /s/Jill M. Spott
    Jill M. Spott, Esquire
    Supreme Court ID: 88640
    108 N. Abington Road
    Clarks Summit, PA 18411
    (570) 587-2600
    (570) 585-0313
    jspottesq@sheilslaw.com