IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | :     **Chapter 7** |
| MARK GONSKY, | : |
| | : |
|     Debtor | : |
| | :     Case No. 5:15-03375 JJT |

## CERTIFICATE OF NO OBJECTION

**AND NOW**, this 28th day of December 28, 2017, I, Jill M. Spott, Esquire, Attorney for Chapter 7 Trustee, hereby certify that no objections were filed to the Trustee's Notice of Abandonment.

/s/ Jill M. Spott
Jill M. Spott, Esquire
Supreme Court ID: 88640
108 N. Abington Road
Clarks Summit, PA 18411
(570) 587-2600
(570) 585-0313
jspottesq@sheilslaw.com