```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                             Case No. 15-03375-JJT
Mark A. Gonsky                                                     Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: JGoodling          Page 1 of 1          Date Rcvd: Jan 03, 2018
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db             Mark A. Gonsky,    59 Loop Road A/K/A,    386 Loop Road - Glen Summit,    Mountain Top, PA   18707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
              Brenda Sue Bishop    on behalf of Creditor    PA Department of Revenue bbishop@attorneygeneral.gov,
               ARC-Court-MiddleDistrict@attorneygeneral.gov;RA-occbankruptcy6@state.pa.us
              David J. Harris    on behalf of Debtor 1 Mark A. Gonsky dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              Jill M. Spott    on behalf of Trustee Robert P. Sheils, Jr (Trustee) jspottesq@sheilslaw.com,
               psheldon@sheilslaw.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Chapter 7 |
| MARK A. GONSKY, : | |
| : | |
| Debtor : | |
| : | Case No. 5:15-bk-03375 JJT |

___

## ORDER

**AND NOW,** upon consideration of the Notice of Trustee's Intent to Abandon Property to all creditors and other interested parties, pursuant to Section 554(a) of the Bankruptcy Code, and after proper Notice and opportunity for a hearing, and no objections having been filed, it is hereby:

**ORDERED AND DECREED** that **59 Loop Road, Mountaintop, Pennsylvania, a/k/a 386 Loop Road, Glen Summit, Pennsylvania, L10S1 Block 3, lots 6&7; and**

**Parcel of real property known as Lot 7C, Honey Hole Road, Dennison Township, Luzerne County, Pennsylvania, Tax Parcel ID: Part of N10 BA L6 (Land Only),**

be and hereby are abandoned.

Dated: January 03, 2018

By the Court,

_/s/ John J. Thomas_

John J. Thomas, Bankruptcy Judge (RPR)