```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 15-03375-JJT
Mark A. Gonsky                                                  Chapter 7
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: karendavi            Page 1 of 1              Date Rcvd: Feb 07, 2018
                              Form ID: fnldec            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2018.
db              Mark A. Gonsky,    59 Loop Road A/K/A,    386 Loop Road - Glen Summit,    Mountain Top, PA  18707
aty            +Sheils Law Associates, P.C.,    108 North Abington Road,    Clarks Summit, PA 18411-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2018 at the address(es) listed below:
              Brenda Sue Bishop    on behalf of Creditor    PA Department of Revenue bbishop@attorneygeneral.gov,
               ARC-Court-MiddleDistrict@attorneygeneral.gov;RA-occbankruptcy6@state.pa.us
              David J. Harris    on behalf of Debtor 1 Mark A. Gonsky dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              Jill M. Spott    on behalf of Trustee Robert P. Sheils, Jr (Trustee) jspottesq@sheilslaw.com,
               psheldon@sheilslaw.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Mark A. Gonsky  
59 Loop Road A/K/A  
386 Loop Road − Glen Summit  
Mountain Top, PA 18707

Chapter 7  
Case No. 5:15−bk−03375−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−9970

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Robert P. Sheils, Jr (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: February 7, 2018

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: karendavis, Deputy Clerk